UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LELAND S. McEWEN, WARDEN,<br><br>　　　　Respondent. | Case No. SACV 13-114 DOC (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: November 3, 2013

_____
David O. Carter
United States District Judge