UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **FRANCISCO SIERRA,** | Case No. SACV 13-114-DOC(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **LELAND S. McEWEN, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 3, 2013

_____
David O. Carter
United States District Judge